IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiffs,<br><br>vs.<br><br>CRAIG HOLCOMB,<br><br>     Defendant. | 8:16CR204<br><br>**ORDER** |

  This matter is before the Court on the defendant's Motion to Review Detention (Filing No. 55). The Court previously received a Motion to Review Detention (Filing No. 48), which was denied without hearing. (See Restricted Order [49]). The defendant's most recent Motion to Review Detention does not contain additional information that would cause the Court to reconsider its previous Order on the matter. Therefore, for the reasons stated in Restricted Order (Filing No. 49), the defendant's Motion to Review Detention (Filing No. 55) is denied without hearing.

  **IT IS SO ORDERED.**

  Dated this 26th day of September, 2016

                  BY THE COURT:

                  s/ F.A. Gossett, III
                  United States Magistrate Judge