# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>            Plaintiff,          )<br>                                              )<br>  vs.                                        )<br>                                              )<br>CRAIG HOLCOMB,                  )<br>                                              )<br>            Defendant.        )  | Case No. 8:16CR204<br><br><br>ORDER |

    This case is before the court on the defendant Craig Holcomb's Motion to Review Detention (#90).  The court has previously ordered (#49 and #56) the denial of the defendant's two previous motions to review detention.  The defendant's current Motion to Review Detention again does not contain any additional information that would cause the court to reconsider its previous Orders on the issue of detention.  Therefore, for the reasons stated in the court's two previous Orders, the defendant's Motion to Review Detention (#90) is denied without hearing.

    **IT IS SO ORDERED** on this 17th day of January 2017.

                                    BY THE COURT:

                                    s/ F.A. Gossett, III
                                    United States Magistrate Judge